# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT FAY,<br><br>        Plaintiff,<br><br>v.<br><br>VOLT INFORMATION SCIENCES, INC., WILLIAM J. GRUBBS, NICK S. CYPRUS, BRUCE G. GOODMAN, LINDA PERNEAU, ARNOLD URSANER, AND CELIA R. BROWN,<br><br>        Defendants. | Civil Action No. 1:22-cv-02926-KPF |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Fay hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 10, 2022

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW PLLC**
1190 Broadway,
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*